# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00242-CV

**Drexel E. Evans, Appellant**

**v.**

**W & B Development, Ltd., Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
### NO. 260,963-B, HONORABLE JACK WELDON JONES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant filed his notice of appeal on April 10, 2013, and appellant's brief was due on October 4, 2013. On October 15, 2013, this Court notified appellant that his brief was overdue and that the appeal could be dismissed for want of prosecution unless he filed a response reasonably explaining his failure to file a brief. Appellant's deadline to respond was October 25, 2013. To date, appellant has not filed a brief or otherwise responded to our notice. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a); 42.3(b).

_____

Scott K. Field, Justice

Before Justices Puryear, Goodwin, and Field

Dismissed for Want of Prosecution

Filed:   April 11, 2014